

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00473-CV

| | | |
|---|---|---|
| In the Interest of D.M., M.M., and M.M., Children | § | From the 323rd District Court |
| | § | of Tarrant County (323-101474-15) |
| | § | March 30, 2017 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel